# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| RONALD M.J. LEE., | § | |
| | § | |
| V. | § | A-07-CA-395-AWA |
| | § | |
| U.S. SECURITY ASSOCIATES, INC., | § | |

## ORDER

Before the Court is the above-entitled and styled cause of action. On March 3, 2008, the Court ordered defense counsel to show cause in writing as to why he or his client should not be sanctioned pursuant to FED. R. CIV. P. 37. (Clerk's Doc. No. 76). Defense counsel submitted a written response on March 12, 2008 (Clerk's Doc. No. 81), and Plaintiff responded to this brief on March 13, 2008 (Clerk's Doc. No. 82), to which Defendant replied on March 17, 2008 (Clerk's Doc. No. 83). On April, 10, 2008 the Court held a hearing on this matter.

Based upon the hearing and Defense counsel's good faith agreement to pay Plaintiff's counsel $750.00 to compensate him for his time, the Court does not believe sanctions are appropriate at this time. Nonetheless, Defense counsel is warned to conduct himself in a manner above reproach during the remainder of this action.

SIGNED this 14th day of April, 2008.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE