IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RONALD M.J. LEE, | § | CIVIL ACTION NO. A-07-CA-395-AWA |
| Plaintiff, | § | |
| | § | |
| V. | § | JURY TRIAL DEMANDED |
| | § | |
| U.S. SECURITY ASSOCIATES, INC. | § | |
| | § | |
| Defendant. | § | JUDGE ANDREW W. AUSTIN |
| | § | |

**PLAINTIFF AND DEFENDANT'S JOINT MOTION TO DISMISS WITH PREJUDICE**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff RONALD M.J. LEE ("Plaintiff") and Defendant U.S. SECURITY ASSOCIATES, INC. ("Defendant") respectfully request that the Court dismiss this action with prejudice, each party to bear its own costs and fees. In support of their joint motion, the Parties state as follows:

1. The parties have reached a confidential settlement of this action and desire to dismiss the action, each party to bear its own costs and fees.

WHEREFORE, PREMISES CONSIDERED, the parties pray that their Motion be granted, and that this Court dismiss this action with prejudice, each party to bear its own costs and fees.

Respectfully Submitted,

| | |
|---|---|
| The Law Office of R. Scott Cook | Ford & Harrison, L.L.P. |
| 1411 West Avenue, Suite 100 | 1601 Elm Street, Suite 4450 |
| Austin, Texas 78701 | Dallas, TX 75201 |
| Telephone: (512) 482-9556 | Telephone: (214) 256-4700 |
| Telecopier: (512) 597-3172 | Telecopier: (214) 256-4701 |
| /s/ R. Scott Cook | /s/ Ralph Zatzkis |
| By: _____ | By: _____ |
| Russell Scott Cook | Ralph Zatzkis |
| State Bar No. 24040724 | State Bar No. 00792246 |
| ATTORNEY FOR PLAINTIFF RONALD M.J. LEE | ATTORNEY FOR DEFENDANT U.S. SECURITY ASSOCIATES, INC. |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RONALD M.J. LEE, | § | CIVIL ACTION NO.A-07-CA-395-AWA |
| Plaintiff, | § | |
| | § | |
| V. | § | JURY TRIAL DEMANDED |
| | § | |
| U.S. SECURITY ASSOCIATES, INC. | § | |
| | § | |
| Defendant. | § | JUDGE AUSTIN |
| | § | |

## ORDER GRANTING PARTIES' MOTION TO DISMISS WITH PREJUDICE

After considering the Parties' Motion to Dismiss with Prejudice and having found that this case has settled, the Court orders that this action is DISMISSED WITH PREJUDICE, each party to bear its own costs and fees.

Signed this _____ day of _____, 2008.

_____
Honorable Andrew W. Austin
United States Magistrate Judge